# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOHN T. WASHINGTON,
     Appellant,
   vs.
LAS VEGAS PARKING, INC.,
     Respondent.

No. 75156

**FILED**

MAR 2 3 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
  DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from an oral ruling of the district court dismissing a petition for judicial review. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of the documents submitted to this court reveals a jurisdictional defect. The district court's oral pronouncement from the bench is ineffective and cannot be appealed. *See State, Div. of Child and Family Servs. v. Dist. Court*, 120 Nev. 445, 452, 92 P.3d 1239, 1244 (2004). Further, it does not appear that the district court has entered any written order resolving appellant's petition. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-11425

cc:    Hon. Richard Scotti, District Judge
       John T. Washington
       Heaton Fontano, Ltd.
       Eighth District Court Clerk

